# United States District Court
## Eastern District of Wisconsin

**Jackson Fairbanks Veit,**

        Plaintiff,

   v.

**JUDGMENT IN A CIVIL CASE**

Case No. 16-CV-621

**Angela Frater, New Company,**

        Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the Defendant's motion to dismiss is **GRANTED.**

    **IT IS FURTHER ORDERED** that this action is **DISMISSED** with prejudice.

    Approved:    *s/ David E. Jones*
                             DAVID E. JONES
                             United States Magistrate Judge

Dated at Milwaukee, Wisconsin, this 30th day of January, 2017.

                             JON W. SANFILIPPO
                             Clerk of Court

                             Tony Byal
                             (By) Deputy Clerk