# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

July 12, 2019

Before

AMY C. BARRETT, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

| No. 18-2623 | JACKSON F. VEIT,<br>Plaintiff - Appellant<br><br>v.<br><br>ANGELA FRATER, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:16-cv-00621-DEJ<br>Eastern District of Wisconsin<br>Magistrate Judge David E. Jones ||

　　　The following is before the court: **LETTER**, filed on July 8, 2019, by the pro se appellant.

　　　On April 11, 2019, this court granted the defendants' motion for sanctions and invited them to file statements of the attorneys' fees and costs they reasonably incurred in dealing with appellant Jackson Veit's federal litigation during this appeal. Appellee Angela Frater has filed a statement to which Veit responded after receiving an extension of time to do so.

　　　**IT IS ORDERED** that, within 14 days of the date of this order, Veit shall reimburse the appellees $2,672.72 as compensation for the costs imposed by his

- over -

frivolous appeal. If Veit fails to pay the sanction by the due date, this court will enter an order directing the clerks of all federal courts in this circuit to return unfiled any papers submitted either directly or indirectly by or on behalf of Veit unless and until he pays in full the sanction that has been imposed against him. *See In re: City of Chi.*, 500 F.3d 582, 585-86 (7th Cir. 2007); *Support Sys. Intl, Inc. v. Mack*, 45 F.3d 185, 186 (7th Cir. 1995) (per curiam).