IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JACKSON FAIRBANKS VEIT,

    Plaintiff,

v.

                                                  Case No. 16-CV-621

ANGELA FRATER and
NEW COMPANY,

    Defendants.

## PARTIAL SATISFACTION OF ORDER

On June 29, 2018, the Court entered a Decision and Order Granting Defendants' Motion to Dismiss Plaintiff's Securities Claim (ECF No. 61). The last paragraph of the Decision and Order states:

> IT IS FURTHER ORDERED that Ms Frater's Motion for Sanctions Pursuant to Fed. R. Civ. P. Rule 11 is GRANTED. The sum of $15,000 shall be paid to Ms. Frater. Mr. Veit is responsible for the full amount of this sanction. Ms. Poulos Muller [sic] is jointly responsible for $5,000 of this sum.

The Judgment entered on June 29, 2018, after the Court's Decision (ECF No. 62) does not identify this obligation.

I, the undersigned attorney of record for Plaintiff, Angela Frater, hereby acknowledge that Leah J. Poulos Mueller and Poulos Mueller Attorneys at Law, S.C. have fully and completely discharged their obligations under said Order, and Plaintiff therefore releases Leah J. Poulos Mueller and Poulos Mueller Attorneys at Law, S.C. from their obligations under said Order. The Clerk of Court is hereby authorized and directed to make an entry of the partial satisfaction on the docket of said Order.

Dated: 1/25/21

_____
Kevin M. Fetherston
Attorney for Angela Frater
Von Briesen & Roper, S.C.
411 E. Wisconsin Avenue, Suite 100
Milwaukee, WI 53202

STATE OF WISCONSIN )
) ss.
COUNTY OF MILWAUKEE )

On the 25th day of January, 2021, before me personally came Kevin M. Fetherston, to me known and known to be a member of the firm of Von Briesen & Roper, S.C., attorneys for Angela Frater in the above-entitled action, and to be the same person described in and who executed the within partial satisfaction of order and acknowledged to me that he executed the same.

_____
Notary Public, State of Wisconsin
My Commission expires: 8/31/22



2